UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL CORDERO FLORES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00945-EPG<br><br>ORDER DIRECTING U.S. MARSHALS SERVICE TO NOT SERVE COMPLAINT, SUMMONS, AND OTHER DOCUMENTS<br><br>(ECF No. 7) |

Plaintiff seeks judicial review of an administrative decision of the Commissioner of Social Security denying the Plaintiff's claim for disability benefits under the Social Security Act. (ECF No. 1). On June 25, 2021, Plaintiff filed documents indicating that Plaintiff was pursuing service through the U.S. Marshals service. (ECF No. 7). However, as noted in the Court's scheduling order, "service on the defendant shall proceed under the Court's E-Service program." (ECF No. 5). Thus, service through the U.S. Marshals Service is unnecessary.

Accordingly, IT IS ORDERED that the U.S. Marshals Service is directed to **not serve** the complaint, summons, and any other documents submitted for service in this case. (*See* ECF No. 7).

\\\
\\\

1

The Clerk is directed to provide a copy of this order to the United States Marshals Service.

IT IS SO ORDERED.

Dated: **June 28, 2021**  /s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE

2