PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California  94105
Telephone: (510) 970-4827
Facsimile: (415) 744-0134
E-mail: Sharon.Lahey@ssa.gov

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOEL CORDERO FLORES,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>    Acting Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 1:21-cv-00945-EPG<br><br>STIPULATION AND ORDER FOR REMAND TO AGENCY PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR<br><br>(ECF No. 17) |

IT IS HEREBY STIPULATED, by and between Joel Cordero Flores (Plaintiff) and Kilolo Kijakazi, Acting Commissioner Of Social Security (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the evidence of record and issue a new decision.

/ / / /

/ / / /

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: January 5, 2022                    Respectfully submitted,

                                         Law Offices of Francesco Benavides

                                         By:  /s/  *Francesco P. Benavides* *
                                         Francesco P. Benavides
                                         (*Authorized by e-mail on January 5, 2022)
                                         Attorneys for Plaintiff

Date: January 5, 2022                    PHILLIP A. TALBERT
                                         United States Attorney


                                         By:  /s/ *Sharon Lahey*
                                         SHARON LAHEY
                                         Special Assistant United States Attorney



## ORDER

Based upon the parties' stipulation to remand pursuant to sentence four of 42 U.S.C. § 405(g) (ECF No. 17), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant.



IT IS SO ORDERED.

   Dated:   **January 5, 2022**          /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE